COHEN, WEISS AND SIMON LLP
Richard M. Seltzer
330 West 42nd Street
New York, NY  10036
(212) 356-0219

Counsel for Air Line Pilots Association, International

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re:                                                            :
                                                                  :
                                                                  :
                                                                  :   Case No. Chapter 11
                                                                  :   Case No. 05-17930 (ALG)
                                                                  :
NORTHWEST AIRLINES CORPORATION, et al.,                           :
                                                                  :
                                                                  :
                                                                  :   (Jointly Administered)
                                                                  :
                                              Debtors.            :
                                                                  :
------------------------------------------------------------------x

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Air Line Pilots Association, International ("ALPA") hereby appeals to the United States District Court for the Southern District of New York from the Order in the above-captioned case, dated April 24, 2007, granting Debtors' Motion to Disallow and Expunge Claims Numbered 11283 and 11295 Filed by the Association of Flight Attendants-CWA ("AFA") for the reasons set forth in the Court's Memorandum of Opinion dated April 13, 2007.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. Appellant

    Air Line Pilots Association, International

    <u>Counsel for Air Line Pilots Association, International</u>

    Cohen, Weiss & Simon, LLP
    330 West 42nd Street
    New York, NY 10036
    Attn: Richard M. Seltzer
    Telephone: (212) 563-4100
    Facsimile: (212) 695-5436

2. Co-Appellant

    Association of Flight Attendants – CWA, AFL-CIO

    <u>Counsel for Appellant</u>

    Association of Flight Attendants – CWA, AFL-CIO
    501 Third St., NW
    Washington, D.C. 20001-2797
    Attn: Edward James Gilmartin
    Telephone: (202) 434-0577
    Facsimile: (202) 434-0690

    Guerrieri, Edmond, Clayman & Bartos P.C.
    1625 Massachusetts Avenue, NW, Suite 700
    Washington, D.C. 20036-2243
    Attn: Robert S. Clayman
    Telephone: (202) 624-7400
    Facsimile: (202) 624-7420

    Meyer, Suozzi, English & Klein, P.C.
    1350 Broadway, Suite 501
    New York, NY 10018
    Attn: Hanan B. Kolko
    Telephone: (212) 239-4999
    Facsimile: (212) 239-1311

3. Appellees (Debtors)

    Northwest Airlines Corporation, NWA Fuel Services Corporation; Northwest Airlines Holdings Corporation; NWA Inc.; Northwest Airlines, Inc.; Northwest Aerospace Training Corp.; MLT Inc.; Compass Airlines, Inc. f/k/a Northwest Airlines Cargo, Inc.; NWA Retail Sales Inc.; Montana Enterprises, Inc.; NW Red Baron LLC; Aircraft Foreign Sales, Inc.; NWA Worldclub, Inc.; and NWA Aircraft Finance, Inc.

    <u>Counsel for Appellees</u>

    Cadwalader Wickersham & Taft LLP
    One World Financial Center
    New York, NY 10281
    Attn: Bruce R. Zirinsky, Gregory M. Petrick, and Nathan Haynes
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666

    Cadwalader Wickersham & Taft LLP
    1201 F Street, N.W., Suite 1100
    Washington, D.C. 20004
    Attn: Mark C. Ellenberg
    Telephone: (202) 862-2200
    Facsimile: (202) 862-2400

    Arnold & Porter LLP
    370 Seventeenth Street, Suite 4500
    Denver, CO 80202-1370
    Attn: Brian P. Leitch
    Telephone: (303) 863-1000
    Facsimile: (303) 832-0428

4.  Official Committee of Unsecured Creditors of Northwest Airlines Corporation

    <u>Counsel for the Official Committee of Unsecured Creditors of Northwest Airlines Corporation</u>

    Otterbourg, Steindler, Houston & Rosen, P.C.
    230 Park Avenue
    New York, NY 10169
    Attn: Scott L. Hazan
    Telephone: (212) 661-9100
    Facsimile: (212) 682-6104

- 4 -

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto
Telephone: (212) 510-0500
Facsimile (212) 688-2255

        Respectfully submitted,

        */s/ Richard M. Seltzer*
        Richard M. Seltzer
        COHEN, WEISS AND SIMON LLP
        330 West 42nd Street
        New York, NY  10036
        (212) 356-0219
        rseltzer@cwsny.com

        Counsel for Air Line Pilots Association, International

Dated: New York, New York
       May 3, 2007

# CERTIFICATE OF SERVICE

I, Richard M. Seltzer, declare that on this 3rd day of May, 2007, a true and correct copy of the foregoing Notice of Appeal was served by electronic mail upon the following:

Bruce Zirinsky, Esq.
Gregory M. Petrick, Esq.
Nathan Haynes, Esq.
Cadwalader Wickersham & Taft LLP
(Counsel to Debtors)
One World Financial Center
New York, NY, 10281
bruce.zirinsky@cwt.com
gregory.petrick@cwt.com
nathan.haynes@cwt.com

Scott L. Hazan, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
(Counsel to the Committee of Unsecured Creditors)
230 Park Avenue
New York, NY 10169
shazan@oshr.com

Mark C. Ellenberg, Esq.
Cadwalader Wickersham & Taft LLP
(Counsel to Debtors)
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
mark.ellenberg@cwt.com

Robert S. Clayman, Esq.
Guerrieri, Edmond, Clayman & Bartos P.C.
1625 Massachusetts Avenue, NW, Suite 700
Washington, D.C. 20036-2243
rclayman@geclaw.com

Brian Leitch, Esq.
Arnold & Porter LLP
(Counsel to Debtors)
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Brian_Leitch@aporter.com

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.
brian.masumoto@usdoj.gov

*/s/ Richard M Seltzer*
Richard M. Seltzer
Counsel for Air Line Pilots Association, International

Dated: May 3, 2007