COHEN, WEISS AND SIMON LLP
Richard M. Seltzer
330 West 42nd Street
New York, NY 10036
(212) 356-0219

Counsel for Air Line Pilots Association, International

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

NORTHWEST AIRLINES CORPORATION, et al.,

Debtors.
-----------------------------------------------------------------x

Chapter 11
Case No. 05-17930 (ALG)

(Jointly Administered)

## STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL OF APPELLANT AIR LINE PILOTS ASSOCIATION, INTERNATIONAL

Appellant Air Line Pilots Association, International ("ALPA"), by its undersigned counsel, hereby submits this Statement of Issues and Designation of Contents of Record On Appeal with respect to its May 3, 2007, Notice of Appeal under 28 U.S.C. § 158(a) from the April 24, 2007, granting Debtors' Motion to Disallow and Expunge Claims Numbered 11283 and 11295 filed by the Association of Flight Attendants - CWA, AFL-CIO for the reasons set forth in the Court's Memorandum of Opinion dated April 13, 2007.

I.  **STATEMENT OF ISSUES**

Appellant sets forth the following issues on appeal pursuant to Federal Rule of Bankruptcy Procedure 8006:

Whether the bankruptcy court erred in concluding that AFA does not have a claim for damages arising out of the rejection of its collective bargaining agreement with Northwest pursuant to Section 1113(c) of the Code, 11 U.S.C. §1113(c)?

II.  **DESIGNATION OF THE RECORD**

ALPA hereby designates each of the items included in AFA's May 3, 2007, Designation of Items to Be Included in Record on Appeal and Statement of Issues Presented.

Respectfully submitted,

/s/ Richard M. Seltzer
Richard M. Seltzer
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY 10036
(212) 356-0219
rseltzer@cwsny.com

Counsel for Air Line Pilots Association, International

Dated: New York, New York
       May 14, 2007

## CERTIFICATE OF SERVICE

I, Richard M. Seltzer, declare that on this 14th day of May, 2007, a true and correct copy of the foregoing Notice of Appeal was served by electronic mail upon the following:

Bruce Zirinsky, Esq.
Gregory M. Petrick, Esq.
Nathan Haynes, Esq.
Cadwalader Wickersham & Taft LLP
(Counsel to Debtors)
One World Financial Center
New York, NY, 10281
bruce.zirinsky@cwt.com
gregory.petrick@cwt.com
nathan.haynes@cwt.com

Mark C. Ellenberg, Esq.
Cadwalader Wickersham & Taft LLP
(Counsel to Debtors)
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
mark.ellenberg@cwt.com

Brian Leitch, Esq.
Arnold & Porter LLP
(Counsel to Debtors)
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Brian_Leitch@aporter.com

Scott L. Hazan, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
(Counsel to the Committee of Unsecured Creditors)
230 Park Avenue
New York, NY 10169
shazan@oshr.com

Robert S. Clayman, Esq.
Guerrieri, Edmond, Clayman & Bartos P.C.
1625 Massachusetts Avenue, NW, Suite 700
Washington, D.C. 20036-2243
rclayman@geclaw.com

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.
brian.masumoto@usdoj.gov

/s/ Richard M Seltzer
Richard M. Seltzer
Counsel for Air Line Pilots Association, International

Dated: May 14, 2007

00107011.DOC.1