COHEN, WEISS AND SIMON LLP
Richard M. Seltzer (RS 7184)
Thomas N. Ciantra (TC 0450)
Joseph J. Vitale (JV 0415)
330 West 42nd Street
New York, NY  10036
(212) 356-0219

Counsel for Air Line Pilots Association, International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
ASSOCIATION OF FLIGHT ATTENDANTS -- :
CWA, AFL-CIO and AIR LINE PILOTS :
ASSOCIATION, INTERNATIONAL, :
: Case Nos. 07-06167 (KMK)
Appellants, : 07-06168 (WHP)
:
v. :
:
:
NORTHWEST AIRLINES CORPORATION, *et al.*, :
:
:
Appellees. :
:
------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEAL

PLEASE TAKE NOTICE THAT Appellant Air Line Pilots Association, International ("ALPA"), which appealed to this Court from the April 24, 2007 Orders of the U.S. Bankruptcy Court for the Southern District of New York (Gropper, *U.S.B.J*) (1) denying the Motions of the Association of Flight Attendants ("AFA') for Relief from Judgment and Order Authorizing Debtors to Reject Their Collective Bargaining Agreement Covering Flight Attendants, and (2) granting Debtors' Motion to Disallow and Expunge Claims Numbered 11283 and 11295, hereby withdraws those appeals.

00110506.DOC.1

- 2 -

Respectfully submitted,

 */s/ Joseph J. Vitale*
Richard M. Seltzer (RS 7184)
Thomas N. Ciantra (TC 0450)
Joseph J. Vitale (JV 0415)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY  10036
(212) 356-0219
rseltzer@cwsny.com

Counsel for Air Line Pilots Association, International

Dated: New York, New York
       August 3, 2007

## CERTIFICATE OF SERVICE

I, Richard M. Seltzer, declare that on this 3rd day of August 2007, a true and correct copy of the foregoing Notice of Appeal was served by electronic mail upon the following:

Bruce Zirinsky, Esq.
Gregory M. Petrick, Esq.
Nathan Haynes, Esq.
Cadwalader Wickersham & Taft LLP
(Counsel to Debtors)
One World Financial Center
New York, NY, 10281
bruce.zirinsky@cwt.com
gregory.petrick@cwt.com
nathan.haynes@cwt.com

Scott L. Hazan, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
(Counsel to the Committee of Unsecured Creditors)
230 Park Avenue
New York, NY 10169
shazan@oshr.com

Mark C. Ellenberg, Esq.
Cadwalader Wickersham & Taft LLP
(Counsel to Debtors)
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
mark.ellenberg@cwt.com

Robert S. Clayman, Esq.
Guerrieri, Edmond, Clayman & Bartos P.C.
1625 Massachusetts Avenue, NW, Suite 700
Washington, D.C. 20036-2243
rclayman@geclaw.com

Brian Leitch, Esq.
Arnold & Porter LLP
(Counsel to Debtors)
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Brian_Leitch@aporter.com

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.
brian.masumoto@usdoj.gov

       */s/ Joseph J. Vitale*
       Joseph J. Vitale
       Counsel for Air Line Pilots Association, International

Dated: August 3, 2007