COHEN, WEISS AND SIMON LLP
Richard M. Seltzer (RS 7184)
Thomas N. Ciantra (TC 0450)
Joseph J. Vitale (JV 0415)
330 West 42nd Street
New York, NY 10036
(212) 356-0219



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/07

Counsel for Air Line Pilots Association, International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ASSOCIATION OF FLIGHT ATTENDANTS --
CWA, AFL-CIO and AIR LINE PILOTS
ASSOCIATION, INTERNATIONAL,

     Appellants,

v.

NORTHWEST AIRLINES CORPORATION, *et al.*,

     Appellees.
------------------------------------------------------------------x

Case Nos. 07-06167 (KMK)
07-06168 (WHP)

### NOTICE OF WITHDRAWAL OF APPEAL

PLEASE TAKE NOTICE THAT Appellant Air Line Pilots Association, International ("ALPA"), which appealed to this Court from the April 24, 2007 Orders of the U.S. Bankruptcy Court for the Southern District of New York (Gropper, *U.S.B.J*) (1) denying the Motions of the Association of Flight Attendants ("AFA') for Relief from Judgment and Order Authorizing Debtors to Reject Their Collective Bargaining Agreement Covering Flight Attendants, and (2) granting Debtors' Motion to Disallow and Expunge Claims Numbered 11283 and 11295, hereby withdraws those appeals.

00110506.DOC.1



Respectfully submitted,

*/s/ Joseph J. Vitale*
Richard M. Seltzer (RS 7184)
Thomas N. Ciantra (TC 0450)
Joseph J. Vitale (JV 0415)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY 10036
(212) 356-0219
rseltzer@cwsny.com

Counsel for Air Line Pilots Association, International

Dated: New York, New York
August 3, 2007

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/6/07

- 2 -